82, 312-01

COURT OF CRIMINAL APPEALS          2ND Notice

CLERK: ABEL ACOSTA          Date: Jan-16, 2015

Supreme Court BLDG, 201 W. 14TH ST. RM. 106

P.O. BOX 12308

Austin, TX. 78711-2308


RE: Writ of Mandamus Tr. Ct. No. 2004-407,027, WR-82,312-01


Dear Mr. Abel Acosta


On Nov. 25, 2014, I recieved a white card denial letter on my Writ of mandamus. This is my second letter since Dec. 1, 2014 asking the Court to send me back (B) 2 copies of Writ of Mandamus, (C) two copies of Motion for New Trial (D) two copies of Discovery motion (E) and two copies Motion 64.03 all file date stamped please. Return all of the above forementioned plus exhibits So that I may send to the Lubbock County Courthouse for futher consideration. Your attention to this matter is greatly appreciated.


Very truly yours

Tom Castilleja # 1348156

Estelle Unit

264 Fm 3478

Huntsville, TX. 77320

File: CCC

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 20 2015
Abel Acosta, Clerk